UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RAHMA SHEIKH, | ) |
|     Petitioner, | ) ) )    2:16-cv-00638-JAW |
| v. | ) ) |
| STATE OF MAINE, | ) ) |
|     Respondent. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 29, 2017 his Recommended Decision (ECF No. 12). The Petitioner filed her objections to the Recommended Decision on July 13, 2017 (ECF No. 13). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 12) be and hereby is AFFIRMED.

2. It is further ORDERED that the Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) be and hereby is DISMISSED.

3. It is further <u>ORDERED</u> that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

    <u>/s/ John A. Woodcock, Jr.</u>
    JOHN A. WOODCOCK, JR.
    UNITED STATES DISTRICT JUDGE

Dated this 28th day of August, 2017